# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO: 3:05-M-0242-TEM

DOMINGO PEREZ-GOMEZ

## ORDER

On July 25, 2005, defendant, with his retained counsel Jose Debs-Elias, Esquire, appeared before this Court and executed a Waiver of Preliminary Examination or Hearing. The Court made inquiry of defendant, under oath, and based thereon, finds that defendant knowingly, intentionally, voluntarily and freely waived his right to a preliminary hearing.

Accordingly, the defendant is held to await further action by the federal grand jury.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2005.

_Thomas E. Morris_
THOMAS E. MORRIS
United States Magistrate Judge

Copies furnished to:
Asst. U. S. Attorney (Gallagher)
Jose Debs-Elias, Esquire